JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEWMAN, <br><br> Plaintiff, <br><br> v. <br><br> TODD UNDERHILL, et al., <br><br> Defendants. | Case No. 5:23-cv-00033-SP <br><br> **JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that Judgment is hereby entered in favor of defendants Todd Underhill, James Blankenship, Lauren Laidlaw, and County of San Bernardino and against plaintiff Michael Newman. Plaintiff shall take nothing on his First Amended Complaint against these defendants.

Dated: February 29, 2024



SHERI PYM
UNITED STATES MAGISTRATE JUDGE