# EXHIBIT A

## DECLARATION OF ALEX COOLMAN

1. I, Alex Coolman, am an attorney licensed to practice in this Court. I am counsel for Plaintiff Michael Newman.
2. On March 8, 2024, I telephonically met and conferred with counsel for the Defendants regarding my intention to oppose Defendants' application to tax costs.

I declare under penalty of perjury that the foregoing is true.

Executed at San Diego, California on March 19, 2024

/s/Alex Coolman

Alex Coolman